# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Astorga Romero<br>A202 057 953<br>_Defendant_ | )<br>)<br>)  Case No. 17-407MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 26, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Astorga Romero, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about September 17, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

_Complainant's signature_
Oscar D. Estrada
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: September 27, 2017

_Judge's signature_
Michelle H. Burns
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

database to suggest that Astorga Romero obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Astorga Romero's immigration history was matched to him by electronic fingerprint comparison.

4. On or about September 26, 2017, Jose Astorga Romero was advised of his constitutional rights. Astorga Romero freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Astorga Romero stated that his true and correct name is Jose Astorga Romero and that he a citizen of Mexico. Astorga Romero stated that he entered the United States illegally, by walking through the desert, near Sonoyta, Mexico.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about September 26, 2017, Jose Astorga Romero, an alien, was found in the United States of America at or near Gila Bend, in the County of Maricopa, in the District of

///

///

///

Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about September 17, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

_____
Oscar D. Estrada
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 27th day of September, 2017.

_____
Michelle H. Burns
United States Magistrate Judge